The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AUTUMN GAIL LUNA,<br><br>Defendant. | NO. CR21-00189JLR<br><br>**PROTECTIVE ORDER** |

1.  This Protective Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above-captioned case to Defendant Autumn Gail Luna. A separate order governs materials produced to Defendant Bryan Alan Sparks.

2.  Discovery in this case is voluminous. Many of these materials and documents include personally identifiable information (PII), which is defined for purposes of this order as Social Security numbers, driver's license numbers, dates of birth, home addresses, mothers' maiden names, passwords, debit card and credit card account numbers, financial lines of credit numbers, bank account numbers, and personal identification numbers. Redacting the discovery to delete PII prior to production would

United States v. Sparks et al.
Protective Order- 1

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

unnecessarily delay the disclosure of discovery to the defendants and would frustrate the intent of the discovery process.

3. Access to discovery material containing PII will be restricted to the Defense Team, with the limited exceptions discussed in paragraphs 4, 5 and 6 below. "Defense Team" shall be limited to attorneys of record for the defendants and any of the following people working on this matter under the supervision of the attorneys of record: attorneys, investigators, paralegals, law clerks, testifying and consulting experts, and legal assistants. For purposes of this Order, "Defense Team" does not include the defendants. Defendant's attorneys shall inform any member of the Defense Team to whom disclosure of discovery material containing PII is made of the existence and terms of this Protective Order. Members of the Defense Team shall not provide copies of any discovery material containing PII to any persons outside of the Defense Team, except as specifically set forth below.

4. Members of the Defense Team shall retain custody of all copies of the discovery material containing PII, except as discussed below in paragraph 5. Members of the Defense Team shall use discovery material only for the purpose of preparing a defense to the charges in this action. Members of the Defense Team may review the discovery material containing PII with a defendant and witnesses for purposes of trial preparation, provided that witnesses may review the material only in the presence a member of the Defense Team and may not take notes regarding the content of the discovery material.

5. Defense counsel may provide discovery to a defendant, subject to the following conditions:

    a) Defendant shall not use discovery material containing PII for any unlawful purpose; and

    b) Defendant may not provide copies of the discovery material containing PII to any third parties and may only review the discovery material containing PII either alone or in the presence of the Defense Team.

United States v. Sparks et al.
Protective Order- 2

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. The Defense Team may, however, provide to the defendant and to third parties discovery materials that either do not contain any PII or otherwise have been redacted by the Defense Team to remove all PII. Further, the defendant, victims, and witnesses may be provided their own personal information.

7. The United States agrees to provide a redacted copy of the OI-6 Prosecution Report (dated September 23, 2021) prepared by the Social Security Administration's Office of the Inspector General.

8. Any discovery material containing personal identifying information or personal financial information that the Defense Team files with the Court in connection with pre-trial motions, trial, or other matters before the Court, shall either be redacted to remove the personal identifying information or personal financial information, or shall be filed under seal and shall remain sealed until otherwise ordered by the Court.

9. This Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order or by order of the Court.

DATED: May 13, 2022.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney

United States v. Sparks et al.
Protective Order- 3

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970