THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>        v.<br><br>AUTUMN GAIL LUNA,<br><br>                    Defendant. | Case No. 2:21-cr-00189-JLR-2<br><br>**ORDER GRANTING IN PART UNOPPOSED MOTION TO CONTINUE SENTENCING** |

The Court, having considered Defendant Autumn Gail Luna's unopposed motion to continue sentencing, and for good caused shown, hereby ORDERS that the motion is GRANTED in part.  Sentencing shall be continued until Tuesday, June 13, 2023 at 9:30 a.m.

DATED this 10th day of January, 2023.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Patty A. Eakes*
Patricia A. Eakes, WSBA No. 18888
Henry C. Phillips, WSBA No. 55152
Kendall S. Cowles, WSBA No. 57919
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: patty.eakes@morganlewis.com
        henry.phillips@morganlewis.com
        kendall.cowles@morganlewis.com

*Attorneys for Defendant Autumn Gail Luna*

ORDER GRANTING UNOPPOSED MTN TO
CONTINUE SENTENCING – 2
(Case No. 2:21-cr-00189-JLR-2)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401